# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TRACY PURVIS, | : | |
| Plaintiff, | : | |
| | | Case No. 3:09cv00129 |
| | : | |
| vs. | | District Judge Walter Herbert Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | : | |
| | : | |
| Defendant. | | |
| | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON MARCH 5, 2010 (Doc. #14); REMANDING PLAINTIFF'S CASE TO THE SOCIAL SECURITY ADMINISTRATION UNDER SENTENCE FOUR OF 42 U.S.C. §405(g) FOR PAYMENT OF DISABILITY INSURANCE BENEFITS AND SUPPLEMENTAL SECURITY INCOME CONSISTENT WITH THE SOCIAL SECURITY ACT; AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #14), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on March 5, 2010 (Doc. #14) is ADOPTED in full;

2. Plaintiff's case is remanded to the Social Security Administration under Sentence Four of 42 U.S.C. §405(g) for payment of Disability Insurance Benefits and Supplemental Security Income consistent with the Social Security Act; and

3. The case is terminated on the docket of this Court.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Walter Herbert Rice
　　　　　　　　　　　　　　　　　　　　　　　　　Walter Herbert Rice
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge