# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

TRACY PURVIS, :

    Plaintiff, :

                                    Case No. 3:09cv00129

vs. :

                                    District Judge Walter Herbert Rice

MICHAEL J. ASTRUE, : Magistrate Judge Sharon L. Ovington
Commissioner of the Social
Security Administration, :

    Defendant. :

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #23), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on April 25, 2012 (Doc. #23) is ADOPTED in full;

2. Plaintiff's Motion for Allowance of Attorney Fees (Doc. #17) is GRANTED;

3. The Commissioner is directed to pay Plaintiff's attorney fees pursuant to 42 U.S.C. §406(b) in the total amount of $10,480.50; and

4. The case remains terminated on the docket of this Court.

*(signature)*

Walter Herbert Rice
United States District Judge